LAW OFFICES OF BYRON THOMAS
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
3275 S. Jones Blvd., Suite 104
Las Vegas, NV 89146
Telephone No. (702) 347-3103
Email: byronthomaslaw@gmail.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT PATON 10945 MINING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HML INVESTMENTS, LOUIS MONTELEONE; SCHLOMO SCHMUEL; CITY OF NORTH LAS VEGAS; THE UNITED STATES OF AMERCIA, OR A SUBDIVISION THEREOF;<br><br>Defendants. | CASE NO.: 2:19-cv-01357-JAD-NJK |

# **STIPULATION TO EXTEND MOTION DEADLINES**

# **(FIRST REQUEST)**

IT IS STIPULATED between Plaintiff DWIGHT PATON 10945 MINING LLC and Defendant SCHLOMO SCMUEL by and through their respective counsel, agree to extend the deadline for Plaintiff's response DEFENDANT SCHLOMO SCHMUEL'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT pursuant to LR 7-1, The deadlines to respond to the Motion to Dismiss is September 20, 2019. See Dkt. # 12. The time to respond to the Motion for Summary Judgment is September 27, 2019. See Dkt #13. The parties have agreed to make the responses due on the same day, therefore they agree to

extend the deadline to oppose the Motion to Dismiss, and make the due date the same date as the due date for the Motion for Summary Judgment, which is September 27, 2019.

IT IS FURTHER STIPULATED between the parties that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiff or Defendants.

September 19, 2019

                                    LAW OFFICES OF BYRON THOMAS

                                    /s/ BYRON E. THOMAS, ESQ.
                                    BYRON THOMAS
                                    3275 S. Jones Blvd
                                    Las Vegas, Nevada 89146
                                    Phone: (702) 747-3103
                                    Attorneys for Plaintiff

                                    KOLESAR & LEATHAM

                                    /s/ MICHAEL R. BROOKS
                                    MICHAEL R. BROOKS,
                                    Nevada Bar No. 007287
                                    MATTHEW D. WHITTAKER, ESQ.
                                    Nevada Bar No. 013281
                                    400 South Rampart Boulevard,
                                    Suite 400
                                    Las Vegas, Nevada 89145
                                    Attorneys for Defendant SCHLOMO SCHMUEL

IT IS SO ORDERED.

                                    _____
                                    United States District Judge
                                    Dated: September 23, 2019.