MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER, ESQ.
Nevada Bar No. 013281
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   mbrooks@klnevada.com
          mwhittaker@klnevada.com

Attorneys for Defendant
SCHLOMO SCHMUEL

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DWIGHT PATENT 10945 MINING LLC, | CASE NO. 2:19-cv-01357-JAD-NJK |
| Plaintiff, | |
| vs. | ECF Nos. 11, 12, 13, 35 |
| HML INVESTMENTS, LOUIS MONTELEONE; SCHLOMO SCHMUEL; CITY OF NORTH LAS VEGAS; THE UNITED STATES OF AMERICA, OR A SUBDIVISION THEREOF, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS AGAINST SCHLOMO SCHMUEL WITH PREJUDICE

WHEREAS, on or about August 6, 2019, Plaintiff Dwight Patent filed the instant action naming Schmuel as a co-Defendant (the "Dwight Patent Lawsuit"). This Complaint requested quiet title and declaratory relief in Dwight Patent's favor wherein Dwight Patent alleged a superior interest to Schmuel's interest for the subsurface mineral rights on the property located at 1740 Hardrock Street, Las Vegas, Nevada, APN: 140-23-810-006 (the "Property"). Dwight Patent

recorded two Notices of Lis Pendens against the Property in the Official Records of Clark County, as Instrument Nos. 20190809-0001263 and 20190813-0001777. At the time of this Agreement, the parties have come to a mutual resolution wherein Defendant Schmuel agrees to pay $17,500.00 in return for a dismissal with prejudice of the instant action. Therefore,

IT IS HEREBY STIPULATED by and between Plaintiff, Dwight Patent 10945 Mining, LLC and Defendant, Schlomo Schmuel (collectively, the "Parties"), through their undersigned counsel, that Plaintiff's claims against Defendant, Schlomo Schmuel are immediately dismissed with prejudice.

IT IS FURTHER STIPULATED that each party will bear his/its own attorneys' fees and costs associated with this matter.

Dated this 3rd day of January 2020.  Dated this 3 day of January, 2020.

CALLISTER & ASSOCIATES

_____
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
330 E Charleston Blvd, Ste 100
Las Vegas, Nevada 89104
*Co-Counsel for Plaintiff,*
DWIGHT PATENT 10945 MINING LLC

KOLESAR & LEATHAM

_____
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
MATTHEW D. WHITTAKER, ESQ.
Nevada Bar No. 013281
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
SCHLOMO SCHMUEL

### ORDER

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF Nos. 11, 12, 13]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 10, 2020