# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Dwight Patent 10945 Mining, LLC,

    Plaintiff

v.

City of North Las Vegas,

    Defendant

Case No. 2:19-cv-01357-JAD-NJK

**Order Adopting Report and Recommendation, Denying Motions, and Dismissing Case**

[ECF Nos. 55, 68, 69]

On July 24, 2020, Magistrate Judge Nancy J. Koppe entered a Report and Recommendation to dismiss this action for lack of subject-matter jurisdiction and deny plaintiff Dwight Patent 10945 Mining, LLC's motion to amend.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 69] is ADOPTED** in full, and this action is dismissed for want of subject-matter jurisdiction. And because this action is being dismissed on this basis, IT IS FURTHER ORDERED that all pending motions **[ECF Nos. 55, 68] are DENIED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

                        U.S. District Judge Jennifer A. Dorsey
                        Dated: August 10, 2020

---

[1] ECF No. 69.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).